PROB Report (05/01)

**REPORT AND ORDER TERMINATING PROBATION OR SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE**

UNITED STATES DISTRICT COURT

FOR THE

Western District of Washington

UNITED STATES OF AMERICA

v.

Russell Symes

Crim. No. 3:12CR05000-1

On September 13, 2017 the above-named offender was placed on supervised release for a period of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Timisha Gilbert
United States Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation or Supervised Release and that the proceedings in the case be terminated.

Dated this 15th day of March, 2019.

Ronald B. Leighton, United States District Judge